IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MICHAEL SHVARTSMAN AND IRADA SHVARTSMAN,

    Plaintiffs

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

Case No.: 6:17-cv-437-Orl-28KRS

_____/

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

COMES NOW, the Defendant, GEICO GENERAL INSURANCE COMPANY, (hereinafter referred to as "GEICO"), by and through the undersigned counsel, and the Plaintiff(s) MICHAEL SHVARTSMAN and IRADA SHVARTSMAN, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), have agreed to the following stipulation to dismiss this cause of action with prejudice and hereby state:

1. Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a Court may dismiss an action without a court order when the Plaintiff voluntarily requests the dismissal of action and a stipulation of dismissal is signed by all parties who have appeared.

2. Under Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, unless the notice or stipulation says otherwise, the dismissal is without prejudice.

Shvartsman, Michael *et al* v. GEICO Gen. Ins. Co.
Case No.: 6:17-cv-437-Orl-28KRS
Joint Stipulation to Dismiss with Prejudice
Page 1 of 2

3.  The Plaintiff(s) Michael and Irada Shvartsman, and the Defendant, GEICO, through their respective counsel, have voluntarily agreed to this joint stipulation to dismiss this action with prejudice.

**Plaintiff(s)**

*/s/ Jeffrey Byrd*

**Jeffrey Byrd**
2620 E Robinson St
Orlando, FL 32803
(407)423-1313
attorneybyrd@aggressiveattorneys.com
*Attorney for Plaintiff(s)*

**Jennifer Andrews**
2620 E Robinson St
Orlando, FL 32803
(407)423-1313
jennifer@aggressiveattorneys.com
*Attorney for Plaintiff(s)*

**Defendant**

**Kurt Alexander**
Rigdon, Alexander & Rigdon, LLP
125 Tangerine Ave
Merritt Island, FL 32953
(321)452-4111
kurtalexander@rigdonalexander.com

Shvartsman, Michael *et al* v. GEICO Gen. Ins. Co.
Case No.: 6:17-cv-437-Orl-28KRS
Joint Stipulation to Dismiss with Prejudice
Page 2 of 2