# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL SHVARTSMAN and IRADA SHVARTSMAN,

      Plaintiffs,

v.

                                      Case No: 6:17-cv-437-Orl-28KRS

GEICO GENERAL INSURANCE COMPANY,

      Defendant.

## ORDER

In light of the Joint Stipulation to Dismiss with Prejudice (Doc. 20), the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on September 25, 2018.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record